# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF FLORIDA, | |
| Plaintiff, | No. 24 CV 9319 |
| v. | Judge Georgia N. Alexakis |
| JSN NETWORK, INC., MCHENRY DONUTS, INC. D/B/A DUNKIN' DONUTS AND BASKIN ROBBINS AND BRIANNA CASTELLI, | |
| Defendants. | |

## FINAL JUDGMENT

Plaintiff's request for declaratory judgment is granted.

The Court previously entered default against Defendants JSN Network, Inc. ("JSN"), and McHenry Donuts, Inc. d/b/a Dunkin' Donuts and Baskin Robbins ("McHenry Donuts").

The Court now enters judgment in favor of Plaintiff Nationwide Insurance Company of Florida ("Nationwide") and against Defendants JSN, McHenry Donuts, and Brianna Castelli on Nationwide's claim for declaratory judgment.

The Court declares that Nationwide does not owe and did not owe any duty to defend or to indemnify JSN and McHenry Donuts in connection with the lawsuit styled as *Brianna Castelli v. JSN Network, Inc., et al.*, Case No. 1:24-cv-04574, in the United States District Court for the Northern District of Illinois ("the underlying litigation") under the premier businessowners policies (policy numbers ACP BP013057857666, ACP BP013067857666, and ACP BP013077857666 (collectively, the "Nationwide policies"). The allegations in the underlying litigation are not covered under the Nationwide policies because they do not constitute "bodily injury" or "property damage" caused by an "occurrence" nor do they constitute a "personal and advertising injury."

      This civil case is terminated as all pending claims by and between all parties have been resolved.

Dated: July 28, 2025

                                                        Georgia N. Alexakis
                                                        United States District Judge